1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  RENÉ A. CHACÓN, State Bar No. 119624
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5957
    Fax:  (415) 703-1234
8   Email:  Rene.Chacon@doj.ca.gov

9  Attorneys for Respondent

         IN THE UNITED STATES DISTRICT COURT

         FOR THE NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSE ANTONIO HERNANDEZ,** | C 07-3778 MMC (PR) |
| Petitioner, | **NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** |
| v. | |
| **JAMES E. TILTON, Director,** | |
| Respondent. | |

Respondent hereby submits the following exhibits and transcripts to be lodged with the court in connection with its consideration of the Answer and Memorandum of Points and Authorities in Support of Answer to Petition for Writ of Habeas Corpus in the above cause of action:

**EXHIBIT     DESCRIPTION**

   A     Clerk's Transcript, Vol. I and Vol. II;

   B     Court of Appeal Decision;

   C     Petition for Review and Supreme Court Order Denying Review;

1     D    Reporter's Transcript of Trial, Volumes I, II, and III.

2     Dated: February 13, 2008

3     Respectfully submitted,

4     EDMUND G. BROWN JR.
Attorney General of the State of California

5     DANE R. GILLETTE
Chief Assistant Attorney General

6     GERALD A. ENGLER
Senior Assistant Attorney General

7

8     PEGGY S. RUFFRA
Supervising Deputy Attorney General

11     /s/ René A. Chacón
RENÉ A. CHACÓN

12     Supervising Deputy Attorney General
Attorneys for Respondent

RAC:eaw
40216585.wpd
SF2007403126