1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  RENÉ A. CHACÓN, State Bar No. 119624
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5957
    Fax:  (415) 703-1234
8   Email:  Rene.Chacon@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSE ANTONIO HERNANDEZ,** | C 07-3778 MMC (PR) |
| Petitioner, | **NOTICE REGARDING EXHIBIT LODGING ATTACHMENT** |
| v. | |
| **JAMES E. TILTON, Director,** | |
| Respondent. | |

     Exhibits A through D, which are an attachment to *Jose Antonio Hernandez v. James E. Tilton, Director*, are in paper form only and are being maintained in the case file in the Clerk's Office.

     Reason for manual filing:  Exhibits exceed 3 megabytes.

///

///

///

///

///

Notice Regarding Lodging Exhibit                                                                       C 07-3778 MMC (PR)

1

1  Dated: February 13, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5  GERALD A. ENGLER
Senior Assistant Attorney General

6  

7  PEGGY S. RUFFRA
Supervising Deputy Attorney General

8

9  /s/ René A. Chacón
_____

10

11  RENÉ A. CHACÓN
Supervising Deputy Attorney General
Attorneys for

12

13  RAC:eaw
Hernandez.notice.wpd

14  SF2007403126

Notice Regarding Lodging Exhibit                                C 07-3778 MMC (PR)